**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**COREY D. RICHMOND**                                                  **PLAINTIFF**

**v.**                              **CASE NO. 4:24-CV-00484-BSM**

**OFFICE OF CHILD SUPPORT ENFORCEMENT,** *et al.*          **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 14th day of June, 2024.

_____
UNITED STATES DISTRICT JUDGE